# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-211
Lower Tribunal Nos. 19-11869 SP & 20-192 AP

————————

**RM & Associates Consulting, Inc. a/a/o Livan Delgado,**
Appellant,

vs.

**Olympus Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Font & Nelson, PLLC, and Jose P. Font and Jaime Martin (Fort Lauderdale), for appellant.

Gutterman Trial Group, and Marc J. Gutterman and Dean R. Mallett (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Restoration 1 of Port St. Lucie v. Ark Royal Ins. Co.</u>, 255 So. 3d 344, 348 (Fla. 4th DCA 2018) (holding that a provision of a property insurance policy requiring the consent of all insureds and the mortgagee before the insureds' rights may be assigned is enforceable).